MILLER *et al.* v. PORTER *et al.*

Tax sale: REDEMPTION BY MINOR. The right of a minor to redeem real estate sold for taxes, is confined to his interest therein, and does not extend to that of co-tenants holding interests with him. Following *Jacobs* v. *Porter et al.*, 34 Iowa, 341.

*Appeal from Hardin Circuit Court.*

THURSDAY, OCTOBER 9.

THIS cause is a consolidation of two actions originally commenced by the same plaintiffs against John Porter and J. Perkins as defendants in one, and Morris James, John Porter and J. Perkins in the other. The object of each was to redeem, after three years from the date of sale, certain lands sold for taxes, the plaintiffs claiming to be owners of an undivided one-fourth of the land thus sold. The cause was tried in equity by the first method and a decree rendered permitting plaintiffs to redeem from the sale to the extent of their interests therein respectively, but not the entire land sold for taxes. Plaintiffs appeal.

*Huff & Reed* and *E. W. Eastman* for the appellants.

*Porter & Moir* for the appellee.

MILLER, J. — The argument of appellants' counsel is quite brief, and presents but one question. They insist that having shown such an ownership in the land as entitles the plaintiffs to redeem from the tax sale, they should have been allowed to redeem the whole land sold, and should not have been limited in the decree of the court below *to their interest therein.* This question received a very full and careful examination in the case of *Jacobs* v. *Porter et al.*, recently decided by this court (see 34 Iowa, 341); and it is there *held*, that in an

action to redeem, a plaintiff, owning an undivided interest in the lands sold for taxes, is entitled to redeem only to the extent of his interest therein. Following the decision in that case, the decree of the district court must be

Affirmed.